UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN TORRES, | No. 2:16-cv-1245 JAM CKD P |
| Petitioner, | |
| v. | ORDER |
| WARREN L. MONTGOMERY, | |
| Respondent. | |

Petitioner has filed a motion asking that this matter be stayed while he exhausts state court remedies with respect to certain claims. Respondent does not oppose the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a stay (ECF No. 10) is granted;

2. This matter is stayed and the Clerk of the Court is directed to administratively close the case;

3. Respondent's pending motion to dismiss (ECF No. 9) is denied without prejudice; and

/////
/////
/////
/////
/////

1

4. Petitioner shall inform the court within ten days of exhaustion of all state court remedies and indicate whether he wishes to proceed on the petition already on file, seek leave to file an amended petition, or seek dismissal of this case.

Dated: August 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
torr1245.sty