IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIAN TORRES,** | Case No. 2:16-cv-01245-JAM-CKD |
| Petitioner, | **ORDER** |
| v. | |
| **WARREN MONTGOMERY, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered respondent's motion to seal exhibit 2 attached to respondent's answer, consisting of a presentencing report drafted by the probation department of the Solano County Superior Court, is granted. Exhibit 2 shall be filed under seal.

Dated: April 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE